UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60257-UU

LUIS SIERRA,

    Plaintiff,

vs.

EL BALCON DE LAS AMERICAS V, INC.
d/b/a EL BALCON DE LAS AMERICAS V, and
ANTONIO PROPERTIES HOLDINGS, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendants, EL BALCON DE LAS AMERICAS V, INC. d/b/a EL BALCON DE LAS AMERICAS V, and ANTONIO PROPERTIES HOLDINGS, LLC by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter.  Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 8th day of May, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Dina Nerdinsky*_____ |
| Jessica L. Kerr, Esquire | Dina Nerdinsky, Esq. |
| Florida Bar No. 92810 | Florida Bar No. 41728 |
| **THE ADVOCACY GROUP** | **Hallmark of Hollywood Offices** |
| 333 Las Olas Way | 3800 S. Ocean Dr. Ste 242 |
| CU3 Suite 311 | Hollywood, Florida 33019-2930 |
| Fort Lauderdale, FL 33301 | Telephone: (954) 237-6307 |
| Telephone: (954) 282-1858 | Email: dnerdinsky@nerdinskylaw.com |
| Email: service@advocacypa.com | *Counsel for Defendant for Antonio Properties* |
| *Counsel for Plaintiff* | |

*/s/ Andres H. Lopez*_____
Andres H. Lopez, Esquire
Florida Bar No. 0067564
**THE ANDRES LOPEZ LAW FIRM, PA**
7351 Wiles Road, Suite 101
Coral Springs, Florida 33067
Telephone: (954) 237-8138
Email: andres@alopezlawfirm.com
*Counsel for Defendant El Balcon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810